Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____    Chapter **11**

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **South Texas Corral, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **South Texas Corral**<br>**Golden Corral Brownsville**<br>**Golden Corral** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **4 7 – 1 8 3 0 3 9 1** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4555 N Expressway**<br>Number        Street | **4002 Paredes Line Rd Ste 15**<br>Number        Street |
| **Brownsville, TX 78520-9415**<br>City                      State    ZIP Code | **Brownsville, TX 78526-1266**<br>City                      State    ZIP Code |
| **Cameron**<br>County | Location of principal assets, if different from principal place of business<br><br>Number        Street<br><br>City                      State    ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **South Texas Corral, LLC**                                            Case number *(if known)* _____
                Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

    **7   2   2   5**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

         District _____ When _____ Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

         District _____ When _____
                                          MM / DD / YYYY

         Case number, if known _____

Debtor   **South Texas Corral, LLC**_____   Case number *(if known)*_____
　　　　　Name

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____

　　　　　　Number　　　Street

　　　　　　_____

　　　　　　_____   _____   _____
　　　　　　City　　　　　　　　　　　　　　State　　ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

　　　　　　Contact name   _____

　　　　　　Phone   _____

---

## Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. Estimated number of creditors | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **South Texas Corral, LLC**        Case number *(if known)* _____
Name

**16. Estimated liabilities**

☐ $0-$50,000                 ☑ $1,000,001-$10 million          ☐ $500,000,001-$1 billion
☐ $50,001-$100,000           ☐ $10,000,001-$50 million         ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000          ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million        ☐ $100,000,001-$500 million       ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/17/2025**
MM/ DD/ YYYY

X **/s/ Gaspar Hernandez**                    **Gaspar Hernandez**
Signature of authorized representative of debtor    Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Robert C Lane**          Date **06/17/2025**
Signature of attorney for debtor            MM/ DD/ YYYY

**Robert C Lane**
Printed name

**The Lane Law Firm**
Firm name

**6200 Savoy Dr Ste 1150**
Number     Street

**Houston**                      **TX**     **77036-3369**
City                             State      ZIP Code

**(713) 595-8200**               **notifications@lanelaw.com**
Contact phone                    Email address

**24046263**                     **TX**
Bar number                       State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

### Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---|
| a. Total assets | $149,674.09 |
| b. Total debts (including debts listed in 2.c., below) | $1,636,260.71 |

c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

d. Number of shares of preferred stock   _____

e. Number of shares common stock   _____

Comments, if any: _____
_____

3. Brief description of debtor's business ____ A Golden Corral franchise, a leading brand in the buffet restaurant industry. ____
_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
_____
_____

Fill in this information to identify the case:

Debtor name     **South Texas Corral, LLC**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/17/2025**
      MM/ DD/ YYYY

X **/s/ Gaspar Hernandez**
Signature of individual signing on behalf of debtor

**Gaspar Hernandez**
Printed name

**President**
Position or relationship to debtor

Official Form B202     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name      **South Texas Corral, LLC**

United States Bankruptcy Court for the:

      **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. Small Business Administration 1545 Hawkins Blvd 202 El Paso, TX 79925-2652 | | UCC | | | | $423,280.00 |
| 2 | Burch Enterprises 1025 Se Military Dr San Antonio, TX 78214-2826 | | | | | | $265,100.00 |
| 3 | Banc of California c/o Royston Rayzor 55 Cove Circle Brownsville, TX 78521 | | UCC | | | | $179,566.47 |
| 4 | Highland Hill Capital LLC 1100 Park Central Blvd S Ste 1200 Pompano Beach, FL 33064-2211 | | | Disputed | | | $165,000.00 |
| 5 | WebBank 215 S. State St. Suite 1000 Salt Lake City, UT 84111 | | | | | | $125,000.00 |
| 6 | Everest Business Funding 102 W 38th St Fl 6 New York, NY 10018-3664 | | | Disputed | | | $87,830.00 |
| 7 | MonetaFi 20200 W Dixie Hwy Miami, FL 33180-1918 | | | Disputed | | | $77,938.00 |
| 8 | National Funding, Inc. 10455 N Central Expy Ste 109-201 Dallas, TX 75231-2213 | | | Disputed | | | $69,711.00 |

Debtor **South Texas Corral, LLC**                                                                   Case number *(if known)*
_____
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Z-Prop LLC<br>c/o Dr. Joe D. Zayas<br>555 Boca Chica Blvd<br>Brownsville, TX 78520-7735 | | | | | | $68,000.00 |
| 10 | VitalCap Fund<br>48 Wall Street 1013<br>New York, NY 10005 | | UCC | Disputed | | | $59,800.00 |
| 11 | Texas Comptroller<br>111 E. 17th Street<br>Austin, TX 78774 | | Sales and Use Tax | | | | $28,468.01 |
| 12 | Avion Funding, LLC<br>633 167th Street, Suite 804<br>Miami, FL 33162 | | | Disputed | | | $25,001.00 |
| 13 | Sysco<br>1260 Schwab Rd<br>New Braunfels, TX 78132-5155 | | | | | | $22,119.25 |
| 14 | Cameron County Tax Assessor-Collector<br>P.O. Box 952<br>Brownsville, TX 78522 | | 2024 Property Taxes | | | | $13,520.91 |
| 15 | Rio Grande Pak Foods<br>4100 Ursula Ave<br>Mcallen, TX 78503 | | Vendor | | | | $7,719.37 |
| 16 | Regions Bank d/b/a Ascentium Capital<br>23970 Highway 59 N<br>Kingwood, TX 77339-1535 | | | | | | $7,507.13 |
| 17 | Cameron County - Brownsville ISD Tax<br>835 E. Levee St, 1st Floor<br>Brownsville, TX 78520 | | Brownsville ISD Taxes | | | | $5,800.22 |
| 18 | Marlin Business Bank<br>2795 E Cottonwood Pkwy<br>Salt Lake Cty, UT 84121-7032 | | UCC | | | | $2,419.00 |
| 19 | Texas Southmost College District<br>1442 Las Lomas<br>Brownsville, TX 78526-1210 | | | | | | $1,918.86 |
| 20 | Willscot<br>4646 E Van Buren Street<br>Phoenix, AZ 85008 | | | | | | $386.49 |

Fill in this information to identify the case:

Debtor Name **South Texas Corral, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** | _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Lone Star National Bank** | **Checking account** | 5 2 8 4 | ($3,395.13) |
| 3.2. **Lone Star National Bank** | **Checking account** | 5 2 9 2 | $18,354.10 |

4. **Other cash equivalents** *(Identify all)*

| 4.1 | _____ |
| 4.2 | _____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$14,958.97** |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1 | _____ |

Debtor    **South Texas Corral, LLC**                                    Case number *(if known)* _____
          _____
          Name

---

7.2 _____    _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

      Description, including name of holder of prepayment

      8.1 _____    _____

      8.2 _____    _____

9.    **Total of Part 2**                                                         _____

      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---------|---------------------|

10.   **Does the debtor have any accounts receivable?**

      ☐ No. Go to Part 4.

      ☑ Yes. Fill in the information below.

                                                                    **Current value of
                                                                    debtor's interest**

11.   **Accounts receivable**

      11a. 90 days old or less:    **$7,334.49**       -      **unknown**              =.....➔         **$7,334.49**
                                   face amount             doubtful or uncollectible accounts

      11b. Over 90 days old:       _____    -    _____          =.....➔         _____
                                   face amount             doubtful or uncollectible accounts

12.   **Total of Part 3**                                                                             **$7,334.49**

      Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

13.   **Does the debtor own any investments?**

      ☑ No. Go to Part 5.

      ☐ Yes. Fill in the information below.

                                              **Valuation method used      Current value of
                                              for current value**          debtor's interest**

14.   **Mutual funds or publicly traded stocks not included in Part 1**

      Name of fund or stock:

      14.1 _____    _____    _____

      14.2 _____    _____    _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
      including any interest in an LLC, partnership, or joint venture**

      Name of entity:                          % of
                                               ownership:

      15.1 _____    _____    _____    _____

      15.2 _____    _____    _____    _____

---

Debtor    **South Texas Corral, LLC**                                    Case number *(if known)* _____
_____
Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                    _____

| Part 5: | Inventory, excluding agriculture assets |
|---------|-----------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19. **Raw materials** | | | | |
| Food inventory and supplies | MM / DD / YYYY | unknown | | $5,000.00 |
| 20. **Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                    $5,000.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☒ Yes.  Book value ___unknown___  Valuation method _____  Current value ___$5,000.00___

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

Debtor    **South Texas Corral, LLC**                                    Case number *(if known)* _____
Name

---

| | | | |
|---|---|---|---|
| **27.** | **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?** | | |
| | ☑ No. Go to Part 7. | | |
| | ☐ Yes. Fill in the information below. | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

| | | |
|---|---|---|
| **33.** **Total of Part 6** | | |
| Add lines 28 through 32. Copy the total to line 85. | | _____ |

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor     **South Texas Corral, LLC**                                     Case number *(if known)* _____
     Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **SINGLE AND DOUBLE BOOTH** | unknown | | $500.00 |
| | **DUNNAGE RACK** | unknown | | $150.00 |
| | **TABLES (12)** | unknown | | $2,000.00 |
| | **TABLETOP/BASE (6)** | unknown | | $250.00 |
| | **CABINETS (6)** | unknown | | $200.00 |
| | **Rubber High Chairs** | unknown | | $500.00 |
| | **Assorted Metal Pixy Stick Chairs** | unknown | | $1,200.00 |
| 40. | **Office fixtures** | | | |
| | **HOOD (3)** | unknown | | $300.00 |
| | **Cotton Candy Machine (2)** | unknown | | $400.00 |
| | **SIGNAGE** | unknown | | $200.00 |
| | **SINK (3)** | unknown | | $300.00 |
| | **CHICKEN SINK** | unknown | | $100.00 |
| | **MENUBOARD** | unknown | | $200.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **8 DIAL ZAP FAST TIMER** | unknown | | $380.00 |
| | **ICE CREAM FREEZER** | unknown | | $500.00 |
| | **4 DIAL ZAP FAST TIMER** | unknown | | $500.00 |
| | **40LB DEAN FRYER** | unknown | | $600.00 |
| | **36IN ELECTRIC WYOTT GRIDDLE** | unknown | | $600.00 |
| | **B900PF HOSHIZAKI ICE BIN** | unknown | | $650.00 |
| | **ICE CREAM DIPPING FREEZER** | unknown | | $850.00 |
| | **23" SHASTA CARAMEL FOUNTAIN** | unknown | | $900.00 |
| | **6115-1 HOBART POTATO PEELER** | unknown | | $1,200.00 |
| | **C27 HATCO HEATER BOOSTER** | unknown | | $1,300.00 |
| | **20 QT HOBART MIXER** | unknown | | $1,300.00 |
| | **2612-8 HOBART MEAT SLICER** | unknown | | $1,300.00 |
| | **HALF PAN RACK** | unknown | | $600.00 |
| | **INTERMETRO HOLDING PROOFER** | unknown | | $600.00 |
| | **FALCON SHORTENING FILTER** | unknown | | $650.00 |

Debtor    **South Texas Corral, LLC**      Case number *(if known)* _____

Name

| | | |
|---|---|---|
| AIR CURTAIN | unknown | $900.00 |
| TR24S W/10 BLADE PK VEG SLICER | unknown | $1,200.00 |
| 1300-48 SS FOLLETT/CMI ICE BIN | unknown | $1,000.00 |
| HOSHIZAKI ICE MACHINE (2) | unknown | $2,000.00 |
| 40 QT HOBART MIXER | unknown | $2,000.00 |
| DBL HOBART CONV GAS OVEN | unknown | $2,000.00 |
| AFS MEAT BOX REFRIGERATOR | unknown | $1,500.00 |
| OVEN PIZZA CONVEYOR | unknown | $1,700.00 |
| SC 14 NUVU COOK AND HOLD OVEN | unknown | $2,000.00 |
| ELECTRIC STEAMER | unknown | $2,500.00 |
| FRYMASTER | unknown | $1,000.00 |
| 1BACF40 CHOCOLATE FOUNTAIN | unknown | $2,500.00 |
| 339 LOW MIX SOFT SERVE FREEZER | unknown | $5,000.00 |
| MISC SIGNS | unknown | $2,000.00 |
| MOD M9 B/D BAR | unknown | $8,000.00 |
| MOD M9 C/S/P BAR | unknown | $9,000.00 |
| MOD M9 HOT BAR | unknown | $7,000.00 |
| MISC SMALLWARES | unknown | $2,000.00 |
| WALKIN REFRIGERATOR (2) | unknown | $8,000.00 |
| POS REGISTER (2) | unknown | $4,000.00 |
| Coffee & Tea Brewer (6) | unknown | $800.00 |
| Can Rack | unknown | $75.00 |
| Assorted Carts (4) | unknown | $400.00 |
| Meat Chopper (2) | unknown | $500.00 |
| Hobart Dish machine | unknown | $1,200.00 |
| Changing Station | unknown | $200.00 |
| Wolf 72 Charbroiler | unknown | $850.00 |
| Assorted Bubbler Dispensers (3) | unknown | $150.00 |
| Dispensers (tea, hot water, ice) | unknown | $400.00 |
| Dough Divider (2) | unknown | $200.00 |
| DOUGH PRO PP1818 PIZZA PRESS | unknown | $150.00 |
| Fire Suppression System | unknown | $600.00 |
| Security Equipment | unknown | $500.00 |
| NEW AGE COOKIE RACK | unknown | $75.00 |

Debtor     **South Texas Corral, LLC**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| **200LB MEATROOM SCALE** | unknown | $150.00 |
| **CHOCOLATE FOUNTAIN** | unknown | $100.00 |
| **BAR CODED TIMECLOCK BADGES** | unknown | $185.00 |
| **DR34 BKI ROTISSERIE CHICKEN OVEN** | unknown | $200.00 |
| **PRICE COMPUTING SCALE** | unknown | $150.00 |
| **SS DOUGHPRESS STAND** | unknown | $300.00 |
| **NEW AGE BAKERY ROLL RACK** | unknown | $450.00 |
| **KIOSK RECIPE VIEWER** | unknown | $250.00 |
| **4512 UNIVEX SLICER PREP** | unknown | $500.00 |
| **Pizza Prep Refrigerator** | unknown | $300.00 |
| **Misc Smallware** | unknown | $30.00 |
| **Coffee Warmer Decanter** | unknown | $40.00 |
| **IMPERIAL RANGE WOK** | unknown | $60.00 |
| **Bakery Scale** | unknown | $75.00 |
| **Hobart Mixer** | unknown | $85.00 |
| **32OZ QUICKSTOP SCALE** | unknown | $100.00 |
| **POTATO RACK** | unknown | $70.00 |
| **CF1 ENTREE FREEZER** | unknown | $500.00 |
| **ENTREE REFRIGERATOR (3)** | unknown | $3,000.00 |
| **Computer** | unknown | $400.00 |
| **12 DIAL ZAP TIMER** | unknown | $200.00 |
| **DSL PKG FIREWALL** | unknown | $350.00 |

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other
artwork; books, pictures, or other art objects; china and crystal; stamp,
coin, or baseball card collections; other collections, memorabilia, or
collectibles

42.1  Artwork - paintings                                          unknown                 $500.00

43.  **Total of Part 7**                                                                    | $97,625.00 |
Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

Debtor     **South Texas Corral, LLC**                                    Case number *(if known)* _____
           _____
           Name

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2015 Ram Promaster City /** wrecked vehicle | unknown | | $9,759.50 |
| 47.2 **Food Truck** | unknown | | $2,900.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 **Food Trailer (2)** | unknown | | $8,700.00 |
| **49.** **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.              $21,359.50

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

**Part 9:**    Real property

---

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor     **South Texas Corral, LLC**                                      Case number *(if known)* _____
           _____
           Name

| 55.1 | **455 N Expressway # 77**<br>**Brownsville, TX 78520** | Lease | unknown | $0.00 |
|------|------|------|------|------|

**56.   Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:   Intangibles and intellectual property**

**59.   Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.   Patents, copyrights, trademarks, and trade secrets**<br>_____ | _____ | _____ | _____ |
| **61.   Internet domain names and websites**<br>_____ | _____ | _____ | _____ |
| **62.   Licenses, franchises, and royalties**<br>**Franchise Rights** | unknown | | $1.00 |
| **63.   Customer lists, mailing lists, or other compilations**<br>_____ | _____ | _____ | _____ |
| **64.   Other intangibles, or intellectual property**<br>**Goodwill & Setup** | unknown | | $0.00 |
| **65.   Goodwill**<br>_____ | _____ | _____ | _____ |

**66.   Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| $1.00 |
|---|

**67.   Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

Debtor   **South Texas Corral, LLC**                                                    Case number *(if known)* _____
      Name

---

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No

    ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 11: | All other assets |
|----------|------------------|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.

    ☐ Yes. Fill in the information below.

                                                       **Current value of debtor's interest**

71.  **Notes receivable**

    Description (include name of obligor)

    _____   _____ – _____ = ➜   _____
                               Total face amount   doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   _____

    _____   Tax year _____   _____

    _____   Tax year _____   _____

73.  **Interests in insurance policies or annuities**

    _____   _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____   _____

    Nature of claim   _____

    Amount requested   _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____   _____

    Nature of claim   _____

    Amount requested   _____

76.  **Trusts, equitable or future interests in property**

    _____   _____

---

Debtor __**South Texas Corral, LLC**_____      Case number *(if known)* _____
Name

---

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____          _____

_____          _____

78. **Total of Part 11**

   Add lines 71 through 77. Copy the total to line 90.          [                    ]

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $14,958.97 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,334.49 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $97,625.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $21,359.50 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................➤ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $146,278.96 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................ | | $146,278.96 |

Fill in this information to identify the case:

Debtor name **South Texas Corral, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**

(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1 Creditor's name**

**Avion Funding, LLC**

**Creditor's mailing address**

**633 167th Street, Suite 804**

**Miami, FL 33162**

**Creditor's email address, if known**

_____

**Date debt was incurred** **05/22/2024**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Amount of claim: **$25,001.00**    Value of collateral: **unknown**

**Remarks:** MCA

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$1,223,052.60**

Debtor  **South Texas Corral, LLC**                                      Case number (if known) _____

Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**Banc of California**

Describe debtor's property that is subject to a lien

$179,566.47        unknown

**Creditor's mailing address**

**c/o Royston Rayzor**

**55 Cove Circle**

**Brownsville, TX 78521**

Describe the lien

**UCC**

**Creditor's email address, if known**

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

**Date debt was incurred** _____

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**   **5 0 0 7**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** SBA

Debtor    **South Texas Corral, LLC**
_____     Case number (if known) _____
Name

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.3** **Creditor's name**

**Everest Business Funding**

**Creditor's mailing address**

**102 W 38th St Fl 6**

**New York, NY 10018-3664**

**Creditor's email address, if known**

_____

Date debt was incurred    **03/26/2024**

Last 4 digits of account    __ __ __ __
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** MCA

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| $87,830.00 | unknown |
|---|---|

Debtor __South Texas Corral, LLC_____   Case number (if known) _____
        Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Part 1:** Additional Page

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** Creditor's name
__Funders App__

Describe debtor's property that is subject to a lien
_____    **unknown**          **unknown**
_____

Creditor's mailing address
__3323 NE 163rd Street 401__
_____

__North Miami Beach, FL 33160__

Describe the lien
__UCC__

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

| Debtor | **South Texas Corral, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |
|---|---|---|---|

**2.5** **Creditor's name**

**Highland Hill Capital LLC**

**Describe debtor's property that is subject to a lien**

Column A: **$165,000.00**  Column B: **unknown**

**Creditor's mailing address**

**1100 Park Central Blvd S Ste 1200**

**Pompano Beach, FL 33064-2211**

**Describe the lien**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   **04/15/2024**

**Last 4 digits of account number**   ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** MCA

Debtor    **South Texas Corral, LLC**                                    Case number (if known) _____
          _____
          Name

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — Amount of claim
Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

**2.6** **Creditor's name**

**Marlin Business Bank**                    **Describe debtor's property that is subject to a lien**

                                         _____    **$2,419.00**    **unknown**

**Creditor's mailing address**               _____

**2795 E Cottonwood Pkwy**                   _____

**Salt Lake Cty, UT 84121-7032**             **Describe the lien**

**Creditor's email address, if known**       **UCC**

_____         **Is the creditor an insider or related party?**

**Date debt was incurred** _____       ☑ No
                                              ☐ Yes

**Last 4 digits of account**  __ __ __ __     **Is anyone else liable on this claim?**
**number**
                                              ☐ No
**Do multiple creditors have an interest in**  ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
**the same property?**

☑ No                                          **As of the petition filing date, the claim is:**
☐ Yes. Have you already specified the         Check all that apply.
     relative priority?
                                              ☐ Contingent
     ☐ No.  Specify each creditor, including   ☐ Unliquidated
          this creditor, and its relative     ☐ Disputed
          priority.

          _____
          _____

     ☐ Yes. The relative priority of creditors
          is specified on lines _____

| Debtor | **South Texas Corral, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.7** **Creditor's name**

**MonetaFi**

**Creditor's mailing address**

**20200 W Dixie Hwy**

**Miami, FL 33180-1918**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** MCA

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$77,938.00**

Column B: **unknown**

Debtor **South Texas Corral, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.8** **Creditor's name**

**National Funding, Inc.**

**Describe debtor's property that is subject to a lien**

$69,711.00    unknown

**Creditor's mailing address**

**10455 N Central Expy Ste 109-201**

**Dallas, TX 75231-2213**

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** MCA

Debtor   **South Texas Corral, LLC**                                        Case number (if known) _____
_____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.9** Creditor's name

**Regions Bank d/b/a Ascentium Capital**

Creditor's mailing address

**23970 Highway 59 N**

**Kingwood, TX 77339-1535**

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account        ___ ___ ___ ___
number

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____
_____
_____

Describe the lien

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,507.13**          **unknown**

Debtor  **South Texas Corral, LLC**                                  Case number (if known) _____
_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

---

**2.10**  **Creditor's name**

**U.S. Small Business Administration**

**Creditor's mailing address**

**1545 Hawkins Blvd 202**

**El Paso, TX 79925-2652**

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account number**       ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** SBA Economic Injury Disaster Loan

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$423,280.00

unknown

---

Debtor __South Texas Corral, LLC_____    Case number (if known) _____
       Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.11** **Creditor's name**

__VitalCap Fund__

**Describe debtor's property that is subject to a lien**

_____

_____

**Creditor's mailing address**

__48 Wall Street 1013__

__New York, NY 10005__

_____

**Describe the lien**

__UCC_____

$59,800.00      unknown

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor    **South Texas Corral, LLC**                                      Case number *(if known)* _____

_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.12** **Creditor's name**

**WebBank**
_____

**Creditor's mailing address**

**215 S. State St. Suite 1000**
_____

**Salt Lake City, UT 84111**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$125,000.00**                    **unknown**

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 12 of 13

| Debtor | **South Texas Corral, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **David Fogel, P.C.**<br>**1225 Franklin Avenue 201**<br>**Garden City, NY 11530** | Line 2. **1** | ___ ___ ___ ___ |
| **Banc of California f/k/a Pacific Western Bank**<br>**75 Remittance Dr Dept 6673**<br>**Chicago, IL 60675-6673** | Line 2. **2** | ___ ___ ___ ___ |
| **Marlin Leasing Corporation**<br>**300 Fellowship Road**<br>**Mount Laurel, NJ 08054** | Line 2. **12** | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name **South Texas Corral, LLC**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>**Cameron County - Brownsville ISD Tax**<br><br>**835 E. Levee St, 1st Floor**<br><br>**Brownsville, TX 78520**<br><br>Date or dates debt was incurred<br><br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>**Brownsville ISD Taxes**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $5,800.22 | $5,800.22 |
| **2.2** Priority creditor's name and mailing address<br><br>**Cameron county Tax Assessor-Collector**<br><br>**POBOX 952**<br><br>**Brownsville, TX 78522**<br><br>Date or dates debt was incurred<br><br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br><br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $175.00 | $175.00 |

Debtor    **South Texas Corral, LLC**
Name                                                Case number *(if known)*

---

| **Part 1:** | Additional Page |

---

**2.3** Priority creditor's name and mailing address

**Cameron County Tax Assessor-Collector**

**P.O. Box 952**

**Brownsville, TX 78522**

Date or dates debt was incurred

Last 4 digits of account
number **0   9   0   0**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:        **$13,520.91**        **$1,783.34**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**2024 Property Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address

**Texas Comptroller**

**111 E. 17th Street**

**Austin, TX 78774**

Date or dates debt was incurred

Last 4 digits of account
number **7   6   -   6**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:        **$28,468.01**        **$21,782.81**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Sales and Use Tax**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address

**Texas Southmost College District**

**1442 Las Lomas**

**Brownsville, TX 78526-1210**

Date or dates debt was incurred

Last 4 digits of account
number ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:        **$1,918.86**        **$1,918.86**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **South Texas Corral, LLC**

Name                                                                 Case number *(if known)* _____

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Burch Enterprises**

**1025 Se Military Dr**

**San Antonio, TX 78214-2826**

Date or dates debt was incurred   **04/29/2024**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$265,100.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Rio Grande Pak Foods**

**4100 Ursula Ave**

**Mcallen, TX 78503**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7,719.37**

---

**3.3** Nonpriority creditor's name and mailing address

**Sysco**

**1260 Schwab Rd**

**New Braunfels, TX 78132-5155**

Date or dates debt was incurred   _____

Last 4 digits of account number   **6   7   9   3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$22,119.25**

---

**3.4** Nonpriority creditor's name and mailing address

**Willscot**

**4646 E Van Buren Street**

**Phoenix, AZ 85008**

Date or dates debt was incurred   **4/8/25**

Last 4 digits of account number   **2   1   0   8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$386.49**

Debtor    **South Texas Corral, LLC**
_____
Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.5**  **Nonpriority creditor's name and mailing address**

**Z-Prop LLC**
_____

**c/o Dr. Joe D. Zayas**
_____

**555 Boca Chica Blvd**
_____

**Brownsville, TX 78520-7735**
_____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $68,000.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor   **South Texas Corral, LLC**
_____
Name                                        Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection
agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Linebarger Goggan Blair & Sampson, LLP** | Line **2.3** | |
| **c/o Jeffrey M. Garcia** | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **35 Providencia Ct** | _____ | |
| **Brownsville, TX 78526-0218** | | |
| 4.2 **Linebarger Goggan Blair & Sampson, LLP** | Line **2.5** | |
| **c/o Jeffrey M. Garcia** | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **35 Providencia Ct** | _____ | |
| **Brownsville, TX 78526-0218** | | |

Debtor      **South Texas Corral, LLC**                                    Case number *(if known)* _____
            Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$49,883.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$363,325.11** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$413,208.11** |

Fill in this information to identify the case:

Debtor name **South Texas Corral, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known): _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | **Ascentium Capital** |
|---|---|---|---|
| | | | **23970 Highway 59 North** |
| | State the term remaining | **0 months** | **Kingwood, TX 77339** |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **Golden Corral Franchising Systems Inc.** |
|---|---|---|---|
| | | | **Senior Vice President - Franchising** |
| | State the term remaining | **0 months** | **PO Box 29502** |
| | List the contract number of any government contract | | **Raleigh, NC 27626** |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Business Property** | **Z-Prop LLC** |
|---|---|---|---|
| | | | **c/o Dr. Joe D. Zayas** |
| | State the term remaining | **0 months** | **555 Boca Chica Blvd** |
| | List the contract number of any government contract | | **Brownsville, TX 78520-7735** |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **South Texas Corral, LLC** |
| United States Bankruptcy Court for the: | **Southern**　District of　**Texas** (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* ** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Hernandez, Gaspar** | **4308 Travis Lake Ct** <br> Street <br><br> **Brownsville, TX 78520-4064** <br> City　State　ZIP Code | **Avion Funding, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Everest Business Funding** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Ascentium Capital** | ☐ D <br> ☐ E/F <br> ☑ G |
| | | **Highland Hill Capital LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **U.S. Small Business Administration** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **WebBank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Marlin Business Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **MonetaFi** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Banc of California** | ☑ D <br> ☐ E/F <br> ☐ G |

| Debtor | **South Texas Corral, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| | | **National Funding, Inc.** | ☑ D  ☐ E/F  ☐ G |
| | | **VitalCap Fund** | ☑ D  ☐ E/F  ☐ G |
| 2.2 | Street <br><br> City   State   ZIP Code | | ☐ D  ☐ E/F  ☐ G |
| 2.3 | Street <br><br> City   State   ZIP Code | | ☐ D  ☐ E/F  ☐ G |
| 2.4 | Street <br><br> City   State   ZIP Code | | ☐ D  ☐ E/F  ☐ G |
| 2.5 | Street <br><br> City   State   ZIP Code | | ☐ D  ☐ E/F  ☐ G |
| 2.6 | Street <br><br> City   State   ZIP Code | | ☐ D  ☐ E/F  ☐ G |

Official Form 206H                     Schedule H: Codebtors                     page __2__ of __2__

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>South Texas Corral, LLC</b></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><b>Southern District of Texas</b></td></tr>
<tr><td colspan="2">Case number (if known): _____   Chapter __11__</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals       12/15

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*......................................................................... **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................... **$146,278.96**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................ **$146,278.96**

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. **$1,223,052.60**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................. **$49,883.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................. **+ $363,325.11**

4. **Total liabilities**................................................................................................ **$1,636,260.71**
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name          **South Texas Corral, LLC**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,440,760.00** |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY        MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$4,267,934.00** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY        MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$4,180,675.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY        MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY        MM/ DD/ YYYY | _____ | _____ |

Debtor   **South Texas Corral, LLC**

Name                                                    Case number *(if known)*

---

**Part 2:**  List Certain Transfers Made Before Filing for Bankruptcy

**3.**  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br><br> Creditor's name <br><br> _____ <br><br> Street <br><br> _____ <br><br> _____ <br> City      State   ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.**  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br><br> Creditor's name <br><br> _____ <br><br> Street <br><br> _____ <br><br> _____ <br> City      State   ZIP Code <br><br> **Relationship to debtor** <br><br> _____ | _____ <br><br> _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |

**5.**  **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

---

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page **2**

Debtor    **South Texas Corral, LLC**                                    Case number *(if known)* _____
          Name

5.1. _____          _____          _____    _____
     Creditor's name

     _____
     Street

     _____

     _____
     City              State   ZIP Code

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State   ZIP Code | _____<br><br>XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:   Legal Actions or Assignments**

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Highland Hill Capital LLC v South Texas Corral et al.**<br><br>**Case number**<br>**514994/2024** | **Debt collection** | **Kings County Supreme Court**<br>Name<br>**360 Adams St #4**<br>Street<br><br>**Brooklyn, NY 11201**<br>City        State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.2. **Banc of California, a California state-chartered bank v South Texas Corral, LLC**<br><br>**Case number**<br>**2025-DCL-00** | **Debt collection** | **107th District Court of Cameron County**<br>Name<br>**974 E Harrison St**<br>Street<br>**Judicial Building, First Floor**<br><br>**Brownsville, TX 78520-7123**<br>City        State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

---

Debtor   **South Texas Corral, LLC**
Name                                                    Case number *(if known)*

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Avion Funding v South Texas Corral et al.** | **Debt collection** | **Supreme Court of the State of New York County of Nassau** <br> Name | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** | | **100 Supreme Ct Drive** <br> Street | |
| | **621197/2024** | | **Mineola, NY 11501** <br> City                    State    ZIP Code | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Cameron County and Texas Southmost College District** | **Tax Collection** | **107th District Court of Cameron County** <br> Name | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** | | **974 E Harrison St** <br> Street | |
| | **2025-DCL-01391** | | **Judicial Building, First Floor** <br> **Brownsville, TX 78520-7123** <br> City                    State    ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | Court name and address |
| | Street | Case title | Name |
| | | Case number | Street |
| | City          State    ZIP Code | Date of order or assignment | City          State    ZIP Code |

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

Debtor  **South Texas Corral, LLC**                                                    Case number *(if known)* _____
_____
Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|------------------------------------------|-------------|-------|

Recipient's name
_____

Street
_____

_____
City                          State       ZIP Code

Recipient's relationship to debtor

_____

---

## Part 5: Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|-----------------------------------------------------------|------------------------------------------|--------------|------------------------|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.  _____        _____        _____        _____

---

## Part 6: Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|-------|--------------------------------------------|-------------------------------------------------|-------|-----------------------|
| | **The Lane Law Firm** | **Attorney's Fee** | **2/28/25** | **$5,000.00** |
| | Address | **Attorney's Fee** | **3/10/25** | **$5,000.00** |
| | **6200 Savoy Suite 1150** Street | **Attorney's Fee** | **3/17/25** | **$5,000.00** |
| | | **Attorney's Fee** | **3/27/25** | **$5,000.00** |
| | **Houston, TX 77036** City           State     ZIP Code | **Attorney's Fee** | **3/31/25** | **$5,000.00** |
| | Email or website address | **Attorney's Fee** | **4/14/25** | **$5,000.00** |
| | | **Attorney's Fee** | **4/21/25** | **$5,000.00** |
| | Who made the payment, if not debtor? | | | |

---

Debtor   **South Texas Corral, LLC**                                              Case number *(if known)* _____
             Name

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------|------------------------|-----------------------------------|---------------------------|----------------------|
| | _____ | _____ | _____ | _____ |
| | **Trustee** | | | |
| | _____ | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|-------|---------------------------|-----------------------------------------------------------------------------------|------------------------|----------------------|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:**   Previous Locations

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---------|--------------------|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State    ZIP Code | |

Debtor **South Texas Corral, LLC** _____ Case number *(if known)* _____

Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City      State    ZIP Code | _____<br><br>_____<br>**Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider.<br><br>_____ | _____<br><br>_____<br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes.

State the nature of the information collected and retained. **contact information: name, email address, postal address and phone numbers; Demographic details: age, date of birth, and location; Preferences and Behavior: Personal preferences, purchase history and restaurant locations visited**

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

Debtor **South Texas Corral, LLC**                                        Case number *(if known)*
_____
Name

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State    ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br>_____<br>**Address**<br>_____<br><br>_____ | _____<br><br>_____<br><br>_____<br><br>_____ | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br>_____<br>**Address**<br>_____<br><br>_____ | _____<br><br>_____<br><br>_____<br><br>_____ | ☐ No<br><br>☐ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor   **South Texas Corral, LLC**                                    Case number *(if known)* _____
         Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name _____ | _____ | _____ | _____ |
| Street _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| City          State   ZIP Code | | | |

---

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City          State   ZIP Code | _____ | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State   ZIP Code | City          State   ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

---

Debtor   **South Texas Corral, LLC**                                Case number *(if known)*
_____
Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| | | _____ | |
| City          State     ZIP Code | City               State     ZIP Code | _____ | |

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State     ZIP Code | _____ | EIN:  _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Secure Plus Financial**<br>Name<br><br>**4002 Paredes Line Rd Ste 15**<br>Street<br><br>**Brownsville, TX 78526-1266**<br>City                          State                    ZIP Code | From _____  To _____ |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Secure Plus Financial**<br>Name<br><br>**4002 Paredes Line Rd Ste 15**<br>Street<br><br>**Brownsville, TX 78526-1266**<br>City                          State                    ZIP Code | From _____  To _____ |

---

Debtor   **South Texas Corral, LLC**                                    Case number *(if known)* _____
           Name

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Secure Plus Financial**<br>Name<br><br>**4002 Paredes Line Rd Ste 15**<br>Street<br><br>_____<br><br>**Brownsville, TX 78526-1266**<br>City                State                ZIP Code | _____<br><br>_____<br><br>_____ |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City                State                ZIP Code |

27.   **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Gaspar Hernandez** | **12/31/2024** | **$33,109.00** |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. **Hernandez, Gaspar**<br>Name<br><br>**4308 Travis Lake Ct**<br>Street<br><br>_____<br><br>**Brownsville, TX 78520-4064**<br>City                State                ZIP Code |

28.   **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Hernandez, Gaspar** | **4308 Travis Lake Ct Brownsville, TX 78520-4064** | **General Manager, Member** | **100.00%** |

29.   **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

Debtor    **South Texas Corral, LLC**        Case number *(if known)* _____

Name

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ <br> To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Hernandez, Gaspar** <br> Name <br><br> **4308 Travis Lake Ct** <br> Street <br><br><br> **Brownsville, TX 78520-4064** <br> City   State   ZIP Code | **$123,169** | | |

Relationship to debtor

**President**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Roy Sotelo** <br> Name <br><br> Street <br><br><br> City   State   ZIP Code | | | **Kitchen Manager** |

Relationship to debtor

**nephew of Gaspar Hernandez**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

| Debtor | **South Texas Corral, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 14:** | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **06/17/2025**
                     MM/ DD/ YYYY

**X** **/s/ Gaspar Hernandez**                        Printed name        **Gaspar Hernandez**
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor        **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**      South Texas Corral, LLC

Case No. _____

**Debtor**

Chapter _____**11**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.     Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................   **$35,000.00**

Prior to the filing of this statement I have received .................................................................   **$35,000.00**

Balance Due ..............................................................................................................................   **$0.00**

2.     The source of the compensation paid to me was:

☑ Debtor              ☐ Other (specify)

3.     The source of compensation to be paid to me is:

☑ Debtor              ☐ Other (specify)

4.     ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.     Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.     Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **06/17/2025** | **/s/ Robert C Lane** |
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

**The Lane Law Firm**
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE: **South Texas Corral, LLC**                                        CASE NO

                                                                          CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date __**06/17/2025**__        Signature _____**/s/ Gaspar Hernandez**_____

                                                       Gaspar Hernandez, President

ASCENTIUM CAPITAL
23970 HIGHWAY 59 NORTH
KINGWOOD, TX 77339


AVION FUNDING, LLC
633 167TH STREET, SUITE 804
MIAMI, FL 33162


BANC OF CALIFORNIA
C/O ROYSTON RAYZOR
55 COVE CIRCLE
BROWNSVILLE, TX 78521


BANC OF CALIFORNIA F/K/A
PACIFIC WESTERN BANK
75 REMITTANCE DR DEPT 6673
CHICAGO, IL 60675-6673


BURCH ENTERPRISES
1025 SE MILITARY DR
SAN ANTONIO, TX 78214-2826


CAMERON COUNTY -
BROWNSVILLE ISD TAX
835 E. LEVEE ST, 1ST FLOOR
BROWNSVILLE, TX 78520


CAMERON COUNTY TAX
ASSESSOR-COLLECTOR
POBOX 952
BROWNSVILLE, TX 78522


CAMERON COUNTY TAX
ASSESSOR-COLLECTOR
P.O. BOX 952
BROWNSVILLE, TX 78522

DAVID FOGEL, P.C.
1225 FRANKLIN AVENUE 201
GARDEN CITY, NY 11530


EVEREST BUSINESS FUNDING
102 W 38TH ST FL 6
NEW YORK, NY 10018-3664


FUNDERS APP
3323 NE 163RD STREET 401
NORTH MIAMI BEACH, FL 33160


GOLDEN CORRAL
FRANCHISING SYSTEMS INC.
SENIOR VICE PRESIDENT - FRANCHISING
PO BOX 29502
RALEIGH, NC 27626


GASPAR HERNANDEZ
4308 TRAVIS LAKE CT
BROWNSVILLE, TX 78520-4064


HIGHLAND HILL CAPITAL LLC
1100 PARK CENTRAL BLVD S STE 1200
POMPANO BEACH, FL 33064-2211


LINEBARGER GOGGAN BLAIR
& SAMPSON, LLP
C/O JEFFREY M. GARCIA
35 PROVIDENCIA CT
BROWNSVILLE, TX 78526-0218


MARLIN BUSINESS BANK
2795 E COTTONWOOD PKWY
SALT LAKE CTY, UT 84121-7032

MARLIN LEASING
CORPORATION
300 FELLOWSHIP ROAD
MOUNT LAUREL, NJ 08054


MONETAFI
20200 W DIXIE HWY
MIAMI, FL 33180-1918


NATIONAL FUNDING, INC.
10455 N CENTRAL EXPY STE 109-201
DALLAS, TX 75231-2213


REGIONS BANK D/B/A
ASCENTIUM CAPITAL
23970 HIGHWAY 59 N
KINGWOOD, TX 77339-1535


RIO GRANDE PAK FOODS
4100 URSULA AVE
MCALLEN, TX 78503


SOUTH TEXAS CORRAL, LLC
4555 N EXPRESSWAY
BROWNSVILLE, TX 78520-9415


SYSCO
1260 SCHWAB RD
NEW BRAUNFELS, TX 78132-5155


TEXAS COMPTROLLER
111 E. 17TH STREET
AUSTIN, TX 78774

TEXAS SOUTHMOST COLLEGE
DISTRICT
1442 LAS LOMAS
BROWNSVILLE, TX 78526-1210


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


U.S. SMALL BUSINESS
ADMINISTRATION
1545 HAWKINS BLVD 202
EL PASO, TX 79925-2652


VITALCAP FUND
48 WALL STREET 1013
NEW YORK, NY 10005


WEBBANK
215 S. STATE ST. SUITE 1000
SALT LAKE CITY, UT 84111


WILLSCOT
4646 E VAN BUREN STREET
PHOENIX, AZ 85008


Z-PROP LLC
C/O DR. JOE D. ZAYAS
555 BOCA CHICA BLVD
BROWNSVILLE, TX 78520-7735