IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| SOUTH TEXAS CORRAL, LLC | § | |
| | § | |
| | § | |
| | § | |
| **DEBTOR** | § | BANKRUPTCY CASE NO. 25-10113 |

## EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, South Texas Corral, LLC ("Debtor") and files this Emergency Motion for Authority to Use of Cash Collateral pursuant to 11 U.S.C. § 363. The Debtor presents this Application and respectfully represents the following:

1. On June 17, 2025 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code") and is now operating its business as a Debtor-In-Possession.

2. The Debtor was formed in 2014 and operates a Golden Corral franchise restaurant as Debtor-In-Possession pursuant to §§1107 and 1108 of the Bankruptcy Code. No creditors' committee has been appointed in this case by the United States Trustee.

1

3. An online search of the UCC filings with the Texas Secretary of State, conducted on June 16, 2025, and attached as Exhibit B, reveals the following UCC Financing Statements:

- 1 – CapitalSource (UCC Filing No. 14-0035550215) (Blanket Lien)
- 2 – Meadowbrook Meat Co. Inc. (UCC Filing No. 14-0037826283) (Inventory)
- 3 – Marlin Business Bank (UCC Filing No. 19-0022001328) (Blanket Lien)
- 4 – U.S. Small Business Administration (UCC Filing No. 20-0036815409) (Blanket Lien)
- 5 – Marlin Leasing Corp. (UCC Filing No. 22-0044523365) (Equipment Lien)
- 6 – Marlin Leasing Corp. (UCC Filing No. 23-0013094456) (Equipment Lien)
- 7 – Regions Bank dba Ascentium (UCC Filing No. 23-0034086753) (Equipment Lien)
- 8 – Funders App (UCC Filing No. 24-0025695871) (Blanket Lien)
- 9 – Highland Hill Capital (UCC Filing No. 24-0027428140) (Blanket Lien)
- 10 – Everest Business Funding (UCC Filing No. 24-0034273368) (Future Receipts)
- 11 – VitalCap Fund (UCC Filing No. 24-0034396102) (Blanket Lien)
- 12 – Unknown Creditor (CT Corp. System) (UCC Filing No. 24-0034474654) (Receivables, accounts, proceeds)
- 13 – National Funding Inc. (UCC Filing No. 24-0037711459) (Blanket Lien)
- 14 – Marlin Leasing Corp. (UCC Filing No. 24-0053673161) (Equipment Lien)

4. CapitalSource: Upon information and belief, this debt is now owned by the Banc of California. This debt is secured by the first position blanket UCC lien. Debtor scheduled this debt as $179,566.47. Due to the size of this debt, Banc of California is the only cash lienholder that is actually secured by Debtor's cash collateral. The junior cash lienholders are wholly unsecured.

5. The Debtor depends on the use of cash collateral for payroll and general operating expenses. Revenue is generated through Debtor's Golden Corral franchise restaurant.

6. **Emergency Consideration:** Emergency consideration is requested because the Debtor depends on the use of cash collateral for payroll, maintenance, supplies, and general operating expenses. If the Debtor is unable to use cash collateral, it will be forced to cease operations.

7. It is critical to the operation of the Debtor's business, and to its reorganization efforts, that it be permitted to pay these expenses using cash collateral. The Debtor produces revenue from its Golden Corral franchise restaurant and would use such revenue to pay the budgeted expenses. Moreover, such revenue will be deposited by Debtor in its DIP operating account pending entry of an order allowing use of cash collateral or consent by lien holders.

8. Attached as "Exhibit A" is a 14-day and 30-day budget for the Debtor, showing projected income and expenses. The amounts listed are reasonable and good faith estimations of what the Debtor needs to spend each month to continue the operations of its business and reorganize.

9. Debtor requests authority to use the cash collateral for expenses as set forth on Exhibit "A". Specifically, the Debtor requests authority to use the cash collateral to pay up to 110% of each expense in Exhibit A, so long as the total of cash collateral spent during the month does not exceed by more than 10% of that month's total in Exhibit A.

10. This "First Day Motion" is being filed alongside the Voluntary Petition under the Court's Standing Order on First Day Motions in Chapter 11 cases.

WHEREFORE, PREMISES CONSIDERED, the Debtor requests this matter be set for hearing and that upon hearing, the Court will enter an Interim Order authorizing the Debtor's use of the cash collateral in the amounts set forth in Exhibit "A" and for such other

and further relief as the Debtor may show itself justly entitled.

        Respectfully submitted,

        THE LANE LAW FIRM, PLLC

        */s/Robert C. Lane*
        Robert C. Lane
        State Bar No. 24046263
        notifications@lanelaw.com
        Kyle K. Garza
        State Bar No. 24107195
        kyle.garza@lanelaw.com
        6200 Savoy, Suite 1150
        Houston, Texas 77036
        (713) 595-8200 Voice
        (713) 595-8201 Facsimile
        PROPOSED COUNSEL FOR DEBTOR

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Debtor's Motion for Authority to Use Cash Collateral was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system and by United States First Class Mail Postage Prepaid, and by electronic mail as listed below on June 17, 2025:

Debtor:
South Texas Corral, LLC
4555 N. Expressway
Brownsville, TX 78520

US Trustee:
Office of The United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

Notice will be electronically mailed to:

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Email Notification of Interested Parties:

info@avionfunding.com

ClientServices@bancofcal.com

mdavis@dtolaw.com

trueup@everestbusinessfunding.com

info@highlandhillcap.com

nreighn@marlincorp.com

uw@Monetafi.com

rzahradka@nationalfunding.com

richelleallen@ascentiumcapital.com

bankruptcynotices@sba.gov

info@vitalcapfund.com

capital@toasttab.com

                                                         */s/ Robert "Chip" Lane*
                                                         Robert "Chip" Lane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-1<br>Case 25-10113<br>Southern District of Texas<br>Brownsville<br>Tue Jun 17 13:18:30 CDT 2025 | South Texas Corral, LLC<br>4002 Paredes Line Rd Ste 15<br>Brownsville, TX 78526-1266 | 1<br>United States Bankruptcy Court<br>1133 North Shoreline Blvd #208<br>Corpus Christi, TX 78401-2042 |
| (p)ASCENTIUM CAPITAL<br>ATTN BANKRUPTCY<br>23970 US 59 NORTH<br>KINGWOOD TX 77339-1535 | Avion Funding, LLC<br>633 167th Street, Suite 804<br>Miami, FL 33162-2446 | Banc of California<br>c/o Royston Rayzor<br>55 Cove Circle<br>Brownsville, TX 78521-2661 |
| Banc of California f/k/a Pacific Western Ban<br>75 Remittance Dr Dept 6673<br>Chicago, IL 60675-6673 | Burch Enterprises<br>1025 Se Military Dr<br>San Antonio, TX 78214-2826 | Cameron County -  Brownsville ISD Tax<br>835 E. Levee St, 1st Floor<br>Brownsville, TX 78520-5101 |
| Cameron County Tax Assessor-Collector<br>P.O. Box 952<br>Brownsville, TX 78522-0952 | David Fogel, P.C.<br>1225 Franklin Avenue 201<br>Garden City, NY 11530-1890 | Everest Business Funding<br>102 W 38th St Fl 6<br>New York, NY 10018-3664 |
| Funders App<br>3323 NE 163rd Street 401<br>North Miami Beach, FL 33160-5596 | Gaspar Hernandez<br>4308 Travis Lake Ct<br>Brownsville, TX 78520-4064 | Golden Corral Franchising Systems Inc.<br>Senior Vice President - Franchising<br>PO Box 29502<br>Raleigh, NC 27626-0502 |
| Highland Hill Capital LLC<br>1100 Park Central Blvd S Ste 1200<br>Pompano Beach, FL 33064-2211 | Linebarger Goggan Blair & Sampson, LLP<br>c/o Jeffrey M. Garcia<br>35 Providencia Ct<br>Brownsville, TX 78526-0218 | Marlin Business Bank<br>2795 E Cottonwood Pkwy<br>Salt Lake Cty, UT 84121-7092 |
| Marlin Leasing Corporation<br>300 Fellowship Road<br>Mount Laurel, NJ 08054-1727 | MonetaFi<br>20200 W Dixie Hwy<br>Miami, FL 33180-1918 | National Funding, Inc.<br>10455 N Central Expy Ste 109-201<br>Dallas, TX 75231-2213 |
| Regions Bank d/b/a Ascentium Capital<br>23970 Highway 59 N<br>Kingwood, TX 77339-1535 | Rio Grande Pak Foods<br>4100 Ursula Ave<br>Mcallen, TX 78503-9007 | South Texas Corral, LLC<br>4555 N Expressway<br>Brownsville, TX 78520-9415 |
| Sysco<br>1260 Schwab Rd<br>New Braunfels, TX 78132-5155 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas Southmost College District<br>1442 Las Lomas<br>Brownsville, TX 78526-1210 |
| The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 | U.S. Small Business Administration<br>1545 Hawkins Blvd 202<br>El Paso, TX 79925-2654 | US Trustee<br>615 E. Houston Street<br>Suite 533<br>San Antonio, TX 78205-2055 |

| | | |
|---|---|---|
| VitalCap Fund<br>48 Wall Street 1013<br>New York, NY 10005-2903 | WebBank<br>215 S. State St. Suite 1000<br>Salt Lake City, UT 84111-2336 | Willscot<br>4646 E Van Buren Street<br>Phoenix, AZ 85008-6927 |
| Z-Prop LLC<br>c/o Dr. Joe D. Zayas<br>555 Boca Chica Blvd<br>Brownsville, TX 78520-7735 | Robert C Lane<br>The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Ascentium Capital<br>23970 Highway 59 North<br>Kingwood, TX 77339 | Texas Comptroller<br>111 E. 17th Street<br>Austin, TX 78774 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Cameron county Tax Assessor-Collector<br>POBOX 952<br>Brownsville, TX 78522-0952 | End of Label Matrix<br>Mailable recipients    34<br>Bypassed recipients     1<br>Total                  35 |